United States District Court
Southern District of Texas
**ENTERED**
June 17, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **KEYLA OLARTE LIMON,** *individually* § | | |
| *and by next friend*, **LAURA SAENZ,** § | | |
| § | | |
| **Plaintiffs,** § | | |
| **V.** § | **CIVIL ACTION NO. 5:22-CV-33** | |
| § | | |
| **UNITED STATES OF AMERICA,** § | | |
| § | | |
| **Defendant.** § | | |

## ORDER

Before the Court is Plaintiff's Motion to Approve Compromise Settlement. (Dkt. No. 46). After the United States Magistrate Judge held a hearing on the motion, he issued a Report and Recommendation. (Min. Ent. June 10, 2024; Dkt. No. 49). The Report recommends two dispositions:

1. The Court should find the appointment of a guardian ad litem is unnecessary; and

2. The Court should approve the parties' proposed settlement agreement.

(Dkt. No. 49 at 5). Additionally, the parties waived their right to object to the Report and Recommendation. (Min. Ent. June 10, 2024; Dkt. No. 49 at 5).

Having reviewed the motion, the proposed settlement agreement, and the Report, the Court **FINDS** that the Magistrate Judge's findings of fact and conclusions of law are correct and **ADOPTS** the Report's recommendations, (Dkt. No. 49). The Court **FINDS** it is unnecessary to appoint a guardian ad litem for Plaintiff Keyla Olarte Limon. The Court **GRANTS** Plaintiff's Motion to Approve Compromise Settlement and **APPROVES** the proposed settlement agreement. (Dkt. No. 46).

It is so **ORDERED**.

**SIGNED** on June 17, 2024.

_____
John A. Kazen
United States District Judge